Maurice Darner, Administrator of Estate of Dessie E. Darner, Deceased, and Edna Darner, Appellees, v. Nate Colby and Johnson Oil Refining Company (Johnson Oil Refining Company, Appellant).

Gen. No. 9,528. (Abstract of Decision.)

Heard in this court at February term, 1940; opinion filed April 6, 1940; rehearing denied May 9, 1940. Hadley & Leren, for appellant; Charles W. Hadley, of counsel; Alschuler, Putnam, Johnson & Ruddy and Sears, O'Brien & Streit, for appellees; Edward F. Streit, of counsel. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''